**Order entered November 20, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00868-CV**

**ROBIN PHELAN AND MELINDA PHELAN, Appellants**

**V.**

**WALNUT HILL PHYSICIANS' HOSPITAL, LLC D/B/A**
**WALNUT HILL MEDICAL CENTER, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13777**

**ORDER**

Before the Court is the parties' November 19, 2020 joint motion to abate the appeal pending finalization of their settlement agreement. We **GRANT** the motion **to the extent** that we **SUSPEND** the deadline for the reporter's record. The parties shall file, **within forty-five days** of the date of this order, either a motion to dismiss or a status report.

We **DIRECT** the Clerk of this Court to send a copy of this order to Marcey Poeckes, Official Court Reporter for the 298th Judicial District Court; and, all parties.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE